**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ERYK I AND O LIMITED PARTNERSHIP,** | ) | **CASE NO.1:07CV0174** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | |
| **THE MID-AMERICA MANAGMENT CORP., ET AL.,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The Court has been advised the parties have reached a resolution.  Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed.   The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that the resolution has not been completed and further litigation is necessary or (2) alter the terms of the resolution upon agreement of the parties.

**IT IS SO ORDERED.**

**October 12, 2007**                              **S/Christopher A. Boyko**
**Date**                                                **CHRISTOPHER A. BOYKO**
                                                            **United States District Judge**